**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patrick Edward DEMPSEY,**
**Defendant–Appellant.**

**No. 02–21192**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 24, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Patrick Edward Dempsey, pro se, Beaumont, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before BARKSDALE, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Patrick Edward Dempsey on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief, Dempsey's response, and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the appeal is *DISMISSED.* See 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.